UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSUE PAGUADA,

                        Plaintiff,

               -against-

HOME TRAINING TOOLS, LTD.,

                       Defendant.
------------------------------------------------------------X

22-CV-919 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on February 2, 2022, (Doc. 1), and Defendant appeared on March 6, 2022, (Doc. 5). On March 14, 2022, Plaintiff returned a summons indicating that Defendant had been served on February 25, 2022. (Doc. 7.) Defendant's response to Plaintiff's complaint was thus due on March 18, 2022. (*Id.*) Defendant has yet to respond to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if by April 1, 2022, Defendant has still not filed a response to Plaintiff's complaint, then Plaintiff must seek default judgment in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 15, 2022. If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 28, 2022
              New York, New York

                                                                         _____
                                                                       VERNON S. BRODERICK
                                                                       United States District Judge