UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JOSUE PAGUADA, :
:
                           Plaintiff, :
: 22-CV-919 (VSB)
        -against- :
: **ORDER**
HOME TRAINING TOOLS, LTD., :
:
                          Defendant. :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        On April 1, 2022, Defendant filed a motion to dismiss the original complaint filed in this action. (Doc. 9.) On April 21, 2022, Plaintiff filed an Amended Complaint. (Doc. 12.) When a plaintiff amends the operative complaint "after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 304 (2d Cir. 2020). Accordingly, it is hereby

        ORDERED that by May 13, 2022, Defendant shall file either (i) a letter stating that it wishes me to consider its pending motion to dismiss as one to dismiss the Amended Complaint; or (ii) an answer or motion to dismiss specifically in response to the Amended Complaint.

SO ORDERED.

Dated:    April 22, 2022
             New York, New York

                                                                       _____
                                                                       VERNON S. BRODERICK
                                                                       United States District Judge