UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JOSUE PAGUADA,                                              :
:
                                Plaintiff,     :
:         22-CV-919 (VSB)
             -against-                       :
:            **ORDER**
HOME TRAINING TOOLS, LTD.,                                  :
:
                          Defendant.     :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported that the parties have reached a settlement in principle.  (Doc. 18.) Accordingly, it is hereby:

      ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.  The Clerk of Court is respectfully directed to close the open motions at docket entries 9 and 16.

SO ORDERED.

Dated:  May 25, 2022
           New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge